DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ASHLEY RENEE FRETT, ARIANNA LEE GEORGE, STEVEN WALCER, SAMANTHA DUNN, BENJAMIN JANCSICS,** and **DALTON DUNN,**
Appellants,

v.

**JILL DENTRONE,**
Appellee.

No. 4D2025-0934

[May 7, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas Richard Lopane, Judge; L.T. Case No. 062023CP001571A001CE.

Morgan Lyle Weinstein of Twig, Trade, & Tribunal PLLC, Fort Lauderdale, for appellants.

Randall D. Burks and Robin I. Bresky of Schwartz Sladkus Reich Greenber Atlas, LLP, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***